PER CURIAM.
Affirmed. Moore v. Morris, 475 So.2d 666 (Fla.1985); Bogorff v. Koch, 547 So.2d 1223 (Fla.3d DCA 1989); Shapiro v. Barron, 538 So.2d 1319 (Fla. 4th DCA 1989); Florida Patient’s Compensation Fund v. Sitomer, 524 So.2d 671 (Fla. 4th DCA), review dismissed, 531 So.2d 1353 (Fla. 1988); Florida Patient’s Compensation Fund v. Tillman, 453 So.2d 1376, 1380 (Fla. 4th DCA 1984), approved in part, quashed in part, 487 So.2d 1032 (Fla.1986); Johnson v. Mullee, 385 So.2d 1038 (Fla. 1st DCA 1980), review denied, 392 So.2d 1377 (Fla.1981).